**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| DUANE HOWARD JONES, | ) | NO. CV 11-10515-JAK(E) |
| | ) | |
|           Petitioner, | ) | |
| | ) | |
|   v. | ) | JUDGMENT |
| | ) | |
| PEOPLE OF THE STATE OF CA, | ) | |
| | ) | |
|           Respondent. | ) | |
| _____ | ) | |

    Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

    DATED: March 20, 2012.

                                            _____
                                              JOHN A. KRONSTADT
                                          UNITED STATES DISTRICT JUDGE